UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CAUSE NO.: 1:18-CR-40-TLS |
| ) | |
| ADAM L. GETTS    ) | |

**ORDER OF REFERRAL**

This matter is before the Court on the Government and Defendant's Plea Agreement [ECF No. 26], filed on December 19, 2018.

Accordingly, all trial-related deadlines and hearing dates scheduled in this matter are VACATED as to this Defendant. The Court REFERS this matter to Magistrate Judge Susan L. Collins to make findings and recommendations as follows:

(1) whether the Defendant is competent to enter a plea; (2) whether the Defendant knowingly and voluntarily wishes to enter a plea to the charge(s); (3) whether he understands the charge(s); (4) whether there exists a factual basis for the charge(s); and (5) whether the United States District Court Judge should accept a plea of guilty.

By separate order, Magistrate Judge Susan L. Collins will schedule a change of plea hearing.

SO ORDERED on December 19, 2018.

s/ Theresa L. Springmann
CHIEF JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT