UNITED STATES DISTRIT CORT
NORTHERN DISTRICT OF INDIANA
FORT WAYNED DIVISION

| | |
|---|---|
| UNITED TATES OF AMERICA  ) | |
| ) | |
| v.                                                  ) | Cause No. 1:18-CR-40 |
| ) | |
| ADAM L. GETTS                           ) | |

## MOTION FOR CONTINUANCE

COMES NOW the Defendant, in person and by counsel, hereby moves the Court for a continuance of at least thirty days for the Change of Plea hearing currently scheduled for January 2, 2019.

In support of this motion, the Defendant would show the following:

1. That he is charged with drug related charges.

2. That a plea agreement has been filed in this matter which calls for a binding term on an executed sentence.

3. That the Federal Government enacted a new law entitled The First Step Act on December 21, 2018.

4. That the Defendant Getts believes that the First Step Act may impact the sentence in his case.

5. That Attorney Kraus would like to have an opportunity to review the First Step Act and determine how that would potentially effect Defendant's Getts' possible sentence.

6. The U.S. Attorney Sarah E. Nokes has no objection to the granting of this Motion for Continuance.

**WHEREFORE**, the Defendant respectfully requests the Court grant a continuance of at least thirty days to trial counsel to look into the application of the First Step Act to Mr. Getts case and for all other just and proper relief in the premises.

*/s/ Michelle F. Kraus*
Michelle F. Kraus, #13969-29
116 E. Berry St., Suite 500
Fort Wayne, IN  46802
Telephone:  (260) 422-+1116
Facsimile:  (260) 424-0738
ATTORNEY FOR DEFENDANT,
ADAM L. GETTS

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of December, 2018, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Sarah E. Nokes

And I hereby certify that I have mailed by United States mail, postage prepare, the foregoing document to the following non CM/ECF participants:  None.

*/s/ Michelle F. Kraus*
Michelle F. Kraus